**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:22-cr-161-CEH-JSS

JESUS RIVAS

_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on November 4, 2022 (Doc. 53). The Report and Recommendation is rejected as the plea agreement (Doc. 49) and amended plea agreement (Doc. 55), upon which the plea was entered are incomplete. Both plea agreements are missing pages. As a result, counsel were directed to file a complete plea agreement and schedule another change of plea hearing before the magistrate judge (Doc. 64). Defendant had a second change of plea hearing before the magistrate judge on December 21, 2022 (Docs. 69, 70).

Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 53) is Rejected. This matter is sent back to the magistrate judge for a second change of plea hearing.

**DONE AND ORDERED** at Tampa, Florida on January 10, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services